IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIELLE MCKAY and BRIDGET A. HENSEL, | ) ) ) |
| Plaintiffs, | ) ) |
| | ) Civil Action No. 16-569 |
| v. | ) ) ) |
| ANTHONY MCKAY, et al., | ) ) |
| Defendants. | ) |

### MEMORANDUM ORDER

This matter was received by the Clerk of Court on May 6, 2016, and was referred to United States Magistrate Judge Cynthia Reed Eddy for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. §636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates. The magistrate judge's report and recommendation, filed on February 21, 2017, (Docket No. [33]), recommended that Plaintiff Danielle McKay's pending Motion for Default Judgment against Defendant Anthony McKay, (Docket No. [24]), be granted, and that judgment be entered in favor of Plaintiff Danielle McKay in the amount of $15,000 and in favor of Plaintiff Bridget A. Hensel in the amount of $15,000. Service was made on all parties; Plaintiffs' objections were due by March 7, 2017, and Defendant McKay's objections were due by March 10, 2017. No objections were filed. After de novo review of the documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 14th day of March, 2017,

IT IS HEREBY ORDERED that Plaintiff Danielle McKay's Motion for Default Judgment against Defendant Anthony McKay, (Docket No. [24]), is granted, and that judgment is entered in favor of Plaintiff Danielle McKay in the amount of $15,000 and that judgment is entered in favor of Plaintiff Bridget A. Hensel in the amount of $15,000.

The report and recommendation of Magistrate Judge Eddy, dated February 21, 2017, is adopted as the opinion of the Court.

*s/Nora Barry Fischer*
Nora Barry Fischer
United States District Judge

cc/ecf: Cynthia Reed Eddy
U.S. Magistrate Judge

All counsel of record