```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| DANIELLE MCKAY and BRIDGET A. HENSEL, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Civil Action No. 16-569 ) |
| ANTHONY MCKAY, et al., | ) ) |
| Defendants. | ) |

### JUDGMENT ORDER

AND NOW, this 14th day of March, 2017, the Court having granted the Plaintiff Danielle McKay's Motion for Default Judgment against Defendant Anthony McKay, (*see* Docket No. [34]),

It is hereby ordered that Final Judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure is hereby entered in favor of Plaintiff Danielle McKay in the amount of $15,000 and in favor of Plaintiff Bridget A. Hensel in the amount of $15,000 and against Defendant Anthony McKay.

*s/Nora Barry Fischer*
United States District Judge

cc/ecf:    Cynthia Reed Eddy
           United States Magistrate Judge

           All counsel of record

           Anthony McKay
           1221 Oakleaf Drive
           Pittsburgh, PA 15207